FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID CHARLES MAIER, | No. 1:17-cv-03118-SAB |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| EDWARD CAMPBELL, MARTIN | **AND RECOMMENDATION;** |
| GOHL, LUIS SILVA and PERSONS | **DISMISSING COMPLAINT** |
| KNOWN AND UNKNOWN, | |
| Defendants. | |

On December 15, 2017, Magistrate Judge John T. Rodgers filed a Report and Recommendation to Dismiss Plaintiff's Complaint. ECF No. 18. No timely objections have been filed.

Magistrate Judge Rodgers recommended dismissing this action because Plaintiff has not complied with the Court's directives by keeping the Court apprised of his current address. Magistrate Judge Rodgers attempted to locate a current address for Plaintiff but was unable to do so. Plaintiff has not amended his Complaint as directed, and he has not prosecuted this action further. As such, dismissal of this action is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court **adopts** Magistrate Judge Rodgers' Report and Recommendation, ECF No. 18, in its entirety.

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT ~ 1**

2. The above-captioned case is **dismissed** without prejudice under 28 U.S.C §§1915(e)(2) and 1915A(b)(1).

3. This dismissal counts as one strike under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to pro se Plaintiff.

**DATED** this 9th day of January 2018.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT ~ 2**